UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

FRED LEIGHTON HOLDING, INC., et al.,

Debtors.

Chapter 11

Case No. 08-11363 (RDD)

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING FIRST AMENDED JOINT AND CONSOLIDATED PLAN OF REORGANIZATION AND LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (II) OCCURRENCE OF EFFECTIVE DATE THEREOF; AND (III) DEADLINES TO FILE CERTAIN CLAIMS PURSUANT TO THE FIRST AMENDED PLAN AND CONFIRMATION ORDER**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

**A.    Confirmation of the Amended Plan**

1.    On November 9, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Confirmation Order", see Docket No. 843) confirming the "First Amended Joint and Consolidated Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code" dated October 30, 2009 (the "Amended Plan")[1] filed by Fred Leighton Holding, Inc. and certain of its affiliates that are debtors and debtors in possession (the "Debtors")[2] in the above-captioned chapter 11 cases and Merrill Lynch Mortgage Capital Inc. ("Merrill Lynch"), prepetition secured lender to certain of the Debtors.  Parties with a PACER password may view such documents by accessing the

---

[1]    Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Amended Plan.

[2]    The Debtors include Fred Leighton Holding, Inc. ("Fred Leighton"); Fred Leighton LLC ("Fred Leighton New York"); Phoenix Nevada 1, LLC ("Fred Leighton Las Vegas"); Fred Leighton BH LLC ("Fred Leighton Beverly Hills"); Calypso Mines LLC ("Calypso"); Endymion, LLC ("Endymion"); Foxtrot LLC ("Foxtrot"); and Tango LLC ("Tango").

USActive 17688935.2

Bankruptcy Court's Electronic Case Filing System, which can be found at http://www.nysb.uscourts.gov/, the official website for the Bankruptcy Court. The Amended Plan and Confirmation Order are also available by written request to the Plan Administrator at 766 Madison Avenue, New York, New York 10065 (Attn: Maureen Donahoe).

**B.     Effective Date**

2.     On November 10, 2009, the Effective Date of the Amended Plan occurred.

**C.     Deadline to File Administrative Expense Claims and Final Fee Applications**

3.     Pursuant to Section 4.2(a) of the Amended Plan, all Administrative Expense Claims (other than Administrative Expense Claims that have been fully satisfied or Allowed on or before the Effective Date), including all applications for final allowance of Professional Claims, must be filed with the Bankruptcy Court and served on: (i) Cadwalader, Wickersham & Taft LLP, counsel to Merrill Lynch Mortgage Capital Inc., One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq. and Zachary H. Smith, Esq.); (ii) the Plan Administrator, 766 Madison Avenue, New York, New York 10065 (Attn: Maureen Donahoe); and (iii) the Office of the United States Trustee for the Southern District of New York, 3 Whitehall Street, New York, New York 10004 (Attn: Serene K. Nakano, Esq.), **so as to be actually received on or before 4:00 p.m. (prevailing Eastern time) on December 11, 2009** (the "Administrative Expense Claim Bar Date").

4.     **The failure to properly file and serve an Administrative Expense Claim or application for final allowance of a Professional Claim on or before the Administrative Expense Claim Bar Date shall result in such Administrative Expense Claim or Professional Claim (as applicable) being deemed forever barred, Disallowed and discharged as of the Effective Date.**

**D.    Deadline to File Rejection Damage Claims**

5.    Pursuant to Section 10.5 of the Amended Plan, all proofs of claim with respect to Rejection Damage Claims must be filed with the Bankruptcy Court and served on (i) Cadwalader, Wickersham & Taft LLP, counsel to Merrill Lynch Mortgage Capital Inc., One World Financial Center, New York, New York 10281 (Attn:  John J. Rapisardi, Esq. and Zachary H. Smith, Esq.); and (ii) the Plan Administrator, 766 Madison Avenue, New York, New York 10065 (Attn:  Maureen Donahoe), **so as to be actually received no later than 4:00 p.m. (prevailing Eastern time) on December 11, 2009** (the "Rejection Damage Claim Bar Date").

6.    **The failure to properly file and serve a proof of claim with respect to a Rejection Damage Claim by the Rejection Damage Claim Bar Date shall result in such Claim being deemed forever barred, Disallowed and discharged as of the Effective Date.**

**E.    Deadline to Move for Reconsideration of Estimated Claims**

7.    Pursuant to Paragraphs KK and 31 of the Confirmation Order, any and all motions seeking reconsideration of the estimation of the Claims identified on the Schedule of Estimated Claims (attached hereto as Exhibit A) must be filed with the Bankruptcy Court and served on (i) Cadwalader, Wickersham & Taft LLP, counsel to Merrill Lynch Mortgage Capital Inc., One World Financial Center, New York, New York 10281 (Attn:  John J. Rapisardi, Esq. and Zachary H. Smith, Esq.); and (ii) the Plan Administrator, 766 Madison Avenue, New York, New York 10065 (Attn:  Maureen Donahoe), **so as to be actually received no later than 4:00 p.m. (prevailing Eastern time) on December 11, 2009**.

Dated: November 10, 2009
New York, New York

By: */s/* John J. Rapisardi
John J. Rapisardi, Esq.
Howard R. Hawkins, Jr., Esq.
Zachary H. Smith, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
John.Rapisardi@cwt.com
Howard.Hawkins@cwt.com
Zachary.Smith@cwt.com

*Attorneys for Merrill Lynch Mortgage Capital Inc.*

# **EXHIBIT A**

## Schedule of Estimated Claims

| Claimant Name | Debtor | Case No. | Claim No. | Claim Amount | Estimated Amount | Reserved Amount | Grounds for Estimation |
|---|---|---|---|---|---|---|---|
| **Classified Claims** | | | | | | | |
| 766 Madison Avenue Realty Corp. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $9,000.00 | $0.00 | $9,000.00 | Paid in full |
| BDM Jewelry Company | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $2,775.00 | $0.00 | $2,775.00 | Paid in full |
| Beverly Hills Properties III LLC | Fred Leighton Holding Inc. | 08-11363 | 6 | Unliquidated | $0.00 | $0.00 | Resolved by Agreement Between the Parties |
| BP Air Conditioning Corp. | Fred Leighton Holding Inc. | 08-11363 | 10 | $6,904.99 | $998.55 | $6,904.99 | Resolved by Agreement Between the Parties |
| Business Expense Reimbursement | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $30,000.00 | $0.00 | $30,000.00 | Paid in Full |
| Citysafe Inc. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $81,842.00 | $0.00 | $81,842.00 | Resolved by Agreement Between the Parties |
| David Behl Associates | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $4,019.00 | $513.03 | $4,019.00 | Resolved by Agreement Between the Parties |
| Debtor Employees | Phoenix Nevada 1 | 08-11366 | Scheduled - No Claim Filed | $6,000.00 | $0.00 | $6,000.00 | Paid in Full |
| Debtor Salespersons | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $21,000.00 | $0.00 | $21,000.00 | Paid in Full |
| Debtor Salespersons | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $21,000.00 | $0.00 | $21,000.00 | Paid in Full |
| DM Engraving | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $162.00 | $0.00 | $162.00 | Resolved by Agreement Between the Parties |
| Eisner LLP | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $7,540.00 | $0.00 | $7,540.00 | Resolved by Agreement Between the Parties |
| Ferrari Express Inc. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $6,108.00 | $0.00 | $6,108.00 | Resolved by Agreement Between the Parties |
| First Republic Bank | Fred Leighton Holding Inc. | 08-11363 | Scheduled - No Claim Filed | $14,967.00 | $0.00 | $14,967.00 | Paid in Full |
| Floriani | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $185,110.00 | $0.00 | $185,110.00 | Resolved by Agreement Between the Parties |
| FTI Consulting | Fred Leighton LLC | 08-11365 | 3 | $32,788.82 | $0.00 | $0.00 | Resolved by Agreement Between the Parties |
| G. Torroni S.A. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $160.00 | $0.00 | $160.00 | Resolved by Agreement Between the Parties |
| GIA Gem Trade Lab. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $80.00 | $0.00 | $80.00 | Resolved by Agreement Between the Parties |
| H. E. Glass | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $1,635.00 | $0.00 | $1,635.00 | Resolved by Agreement Between the Parties |

## Schedule of Estimated Claims

| Claimant Name | Debtor | Case No. | Claim No. | Claim Amount | Estimated Amount | Reserved Amount | Grounds for Estimation |
|---|---|---|---|---|---|---|---|
| International Computer Supply | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $5,140.00 | $0.00 | $5,140.00 | Paid in Full |
| Jerry Blickman Inc. | Fred Leighton Holding Inc. | 08-11363 | 1 | $1,324,886.91 | $0.00 | $409,053.91 | Partially Paid |
| John Chavez Group 4 Securicor International (G4S International) | Fred Leighton LLC | 08-11365 | 10 | $6,773.34 | $0.00 | $6,773.34 | Resolved by Agreement Between the Parties |
| John Chavez Group 4 Securicor International (G4S International) | Phoenix Nevada 1 LLC | 08-11366 | 2 | $2,438.31 | $0.00 | $2,438.31 | Resolved by Agreement Between the Parties |
| John M. Ullmann | Fred Leighton Holding Inc. | 08-11363 | 9 | $705,000.00 | $0.00 | $0.00 | Resolved by Agreement Between the Parties |
| John Shields Detective Bureau | Fred Leighton Holding Inc. | 08-11363 | 5 | $1,245.93 | $986.18 | $1,245.93 | Resolved by Agreement Between the Parties |
| Kassoy | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $273.00 | $0.00 | $273.00 | Resolved by Agreement Between the Parties |
| Katsky Korins LLP | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $10,000.00 | $0.00 | $10,000.00 | Resolved by Agreement Between the Parties |
| North American Packaging | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $4,800.00 | $0.00 | $4,800.00 | Resolved by Agreement Between the Parties |
| Pat Saling | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $11,395.00 | $0.00 | $11,395.00 | Postpetition Accounts Receivable Offset |
| Paul Wilmot Communications | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $3,548.00 | $0.00 | $3,548.00 | Resolved by Agreement Between the Parties |
| Peter Bacanovic | Fred Leighton Holding Inc. | 08-11363 | 28 | $484,615.40 | $0.00 | $564,615.40 | Estimation Motion Pending [Docket No. 704] |
| Royal Press Corp. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $1,612.05 | $0.00 | $1,612.05 | Paid in Full |
| Salaries | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $40,000.00 | $0.00 | $40,000.00 | Resolved by Agreement Between the Parties |
| S.J. Phillips | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $69,638.00 | $0.00 | $69,638.00 | Resolved by Agreement Between the Parties |
| Watch Service Center | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $205.00 | $0.00 | $205.00 | Resolved by Agreement Between the Parties |
| Y Kim Jewelry Co. | Fred Leighton LLC | 08-11365 | Scheduled - No Claim Filed | $12,525.00 | $0.00 | $12,525.00 | Resolved by Agreement Between the Parties |
| | | | **Classified Claims Total:** | **$3,102,662.75** | **$2,497.76** | **$1,541,565.93** | |

## Schedule of Estimated Claims

| Claimant Name | Debtor | Case No. | Claim No. | Claim Amount | Estimated Amount | Reserved Amount | Grounds for Estimation |
|---|---|---|---|---|---|---|---|
| **Unclassified Claims** | | | | | | | |
| Blank Rome LLP | Fred Leighton Holding Inc. | 08-11363 | Professional Claim | $170,278.00 | $170,278.00 | $170,278.00 | Estimated Professional Claim |
| Dewey & LeBoeuf LLP | Fred Leighton Holding Inc. | 08-11363 | Professional Claim | $292,790.00 | $292,790.00 | $292,790.00 | Estimated Professional Claim |
| Eisner LLP | Fred Leighton Holding Inc. | 08-11363 | Professional Claim | $115,358.00 | $115,358.00 | $115,358.00 | Estimated Professional Claim |
| Franchise Tax Board Special Procedures | Fred Leighton BH LLC | 08-11364 | 3 | $0.02 | $0.00 | $0.00 | No Corresponding Liability on the Debtors' Books and Records |
| Herrick, Feinstein LLP | Fred Leighton Holding Inc. | 08-11363 | Professional Claim | $1,815,673.00 | $1,815,673.00 | $1,815,673.00 | Estimated Professional Claim |
| Internal Revenue Service | Fred Leighton Holding Inc. | 08-11363 | 11 | $30,000.00 | $0.00 | $0.00 | No Corresponding Liability on the Debtors' Books and Records |
| Internal Revenue Service | Fred Leighton BH LLC | 08-11364 | 1 | $3,000.00 | $0.00 | $0.00 | No Corresponding Liability on the Debtors' Books and Records |
| Phillips Nizer LLP | Fred Leighton Holding Inc. | 08-11363 | Professional Claim | $586,053.46 | $0.00 | $0.00 | First Interim Fee Application Denied [Docket No. 746] |
| State of Delaware | Fred Leighton Holding Inc. | 08-11363 | Scheduled - No Claim Filed | $5,000.00 | $5,000.00 | $5,000.00 | Estimated in Full |
| United States Trustee | Fred Leighton Holding Inc. | 08-11363 | Admin Claim | $25,700.00 | $25,700.00 | $25,700.00 | Estimated Admin Claim |
| | | | **Unclassified Claims Total:** | **$3,043,852.48** | **$2,424,799.00** | **$2,424,799.00** | |
| | | | **Total Claim Amount:** | **$6,146,515.23** | **$2,427,296.76** | **$3,966,364.93** | |