# Exhibit 2

# United States Bankruptcy Court
## Southern District of New York

In re     **Jeweled Objects LLC**                 Case No.    **10-11831(rdd)**

                                     Debtor                 Chapter                **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 8,983,577.71 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,176,500.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 79,975.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| Total Assets | | | 8,983,577.71 | | |
| Total Liabilities | | | | 2,256,475.69 | |

# United States Bankruptcy Court
## Southern District of New York

In re    Jeweled Objects LLC

                                    Debtor

Case No.    10-11831(rdd)

Chapter                11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Jeweled Objects LLC**                                                    Case No.    **10-11831(rdd)**
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

In re    **Jeweled Objects LLC**                                            Case No.   **10-11831(rdd)**

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account No. 41161734 Valley National Bank Merchants Bank Division 924 Broadway New York, New York 10010** | - | 33,577.71 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                  Sub-Total >       **33,577.71**
                                                     (Total of this page)

   **3**   continuation sheets attached to the Schedule of Personal Property

In re    **Jeweled Objects LLC**                  Case No.    **10-11831(rdd)**

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Crossclaims against Benjamin Zucker Inc. | - | Unknown |
| | | FLHI Liquidation Trust, Plaintiff v. Robert Hoberman, Jill Hoberman, Mitchel May, Guiseppe Torroni, G. Torroni S.A., Mace Blickman, Jerry Blickman, Inc., Jeweled Objects LLC, Fine Jewels Associates, Calabash Associates LLC and Knight Jewels LLC, Adv. Pro. 09-01913 | | |
| | | Jeweled Objects LLC, v. Ralph Esmerian, R. Esmerian, Inc., Fine Jewels Associates, and Beckman, Liberman & Barandes LLC, Supreme Court - New York Index No. 114255-2009 | - | Unknown |
| | | Notice of Removal to District Court Filed | | |

                                              Sub-Total >        0.00

                                            (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jeweled Objects LLC**                                              Case No.    **10-11831(rdd)**
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Cross Claims against Benjamin Zucker, Inc. Notice of Removal to District Court Filed**  **Joel Boyarsky. Accountants Proprietary Financial Servicenet, Inc., The Pamela B. Ela Tiner Living Trust, Lbv Retirement Plan, Arnold Wolowitz. Carol Wolowitz And The Carol Wolowitz And Arnold Wolowitz Foundation, Inc, individually and derivatively on behalf of Jeweled Objects LLC, Plaintiffs, v. Robert Hoberman, Mitchel May, HGL Management LLC, Ralph Esmerian, R. Esmerian. Inc., Fine Jewels Associates, Precious Stones Company, Benjamin Zucker, and Beckman, Lieberman & Barandes, LLP, Supreme Court, New York County, Index No. 10-;** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **Jeweled Objects LLC**                                    Case No.   **10-11831(rdd)**

_____
                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Jewels and Jeweled Ojects** **(See Itemized Schedule Annexed hereto)** | - | 8,950,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 8,950,000.00 |
| (Total of this page) | |
| Total > | 8,983,577.71 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Exhibit A

1. Rock Crystal Fish Sculpture; Roman, 4th - 5th century A.D.

2. Chalcedony Cameo Fragment of Horse Head; Imperial Rome, 1st century A.D.

3. Agate Cameo Cup Fragment with Satyr on Panther; Imperial Rome, 1st century A.D.

4. Rock Crystal Griffin; Achaemenid, 5th - 4th century B.C.

5. Rock Crystal Cicada flask; Imperial Rome, 1st century A.D.

6. Agate Monkey Sculpture; Achaemenid, 5th - 4th century B.C.

7. Rock Crystal Ring; Hellenistic, 2nd - 1st century B.C.

8. Rock Crystal Horse Sculpture; Roman, 5th - 6th century A.D.

9. Agate Dolphin Pendant Mount; Roman, 3rd - 4th century A.D.

10. Rock Crystal Ring with Ribbed Head; Roman, 1st - 2nd century A.D.

11. Rock Crystal Lion Sculpture; Roman, 4th - 5th century A.D.

12. Rock Crystal Falcon Pendant; Hittite, 13th century B.C.

13. Striped Agate Bull Sculpture; Middle Elamite, 12th century B.C.

14. Rouk Crystal Sphinx Ring; Egyptian, 1500 B.C.

15. Repousse Gold Bracelet with a Hunt Scene; Roman, 4th century A.D.

16. Bronze Bull Sculpture; Sumerian, 2000 B.C.

17. Miniature Gold Eagle Sculpture; Roman, 3rd century A.D.

18. Pair of Gold Lion Plaques; Achaemenid, 6th century B.C.

19. Seated Ibex Sculpture Sheet over Bitumen; Achaemenid, 6th - 5th century B.C.

20. Gold and Glass Bead Necklace with Gold Gorgon Pendant; Hellenistic, 3rd century B.C.

21. Brush Steel Rock Comp

22. Brush 22 Kt. Gold Filigree Dome

HMGL002265

23. Brush 22 Kt. Gold Steel Butterfly Box

24. Brush 22 Kt. Gold Steel Rock with 3 Dragonflies

25. Brush 22 Kt. Gold Steel Zig Zag Bottle

26. Brush Bake Lite Powder Box with 5 Pilaodias

27. Brush Steel Rock Box with 10 Gold Buttonflies

28. Brush Steel Engraved Red Box

29. Lachenal Bucker- 1925 (box)

30. 19th Century Italian Gold Enamel Necklace

31. Daniel Brush 22 Kt. Gold & Steel Mosaic Scent Box

32. Yellow Gold Victorian Jeweled Peacock Brooch en trem

33. Platinum and 18K Yellow Gold Canary and Colorless Diamond Bird

34. Platinum Diamond Cupid Brooch by Van Cleef and Arpel

35. Victorian Red Enamel Snake Bracelet with 3 Fancy

36. Platinum and Pink Gold Peridot and Pink Diamonds Starfish

37. 9.77 Carat Emerald Ring

38. Platinum and 18 Kt. Yellow Gold Three Row Emerald Cut Stone

HMGL002266

In re   **Jeweled Objects LLC**                                          Case No.   __10-11831(rdd)__
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol & Arnold Wolowitz Founda** <br> **888 Veterans Highway, Ste. 520** <br> **Hauppauge, NY 11788** | | - | | | | | | |
| | | | Value $                         0.00 | | | | 250,000.00 | 250,000.00 |
| Account No. <br><br> **HMGL Pension Plan** <br> **226 West 26th Street, 8th Fl.** <br> **New York, NY 10001** | | | | | | | | |
| | | | Value $                         0.00 | | | | 300,000.00 | 300,000.00 |
| Account No. <br><br> **LBV Retirement Plan** <br> **888 Veterans Highway** <br> **Suite 520** <br> **Hauppauge, NY 11788** | | - | | | | | | |
| | | | Value $                         0.00 | | | | 1,000,000.00 | 1,000,000.00 |
| Account No. <br><br> **Mitchel May** <br> **1347 Pond Lane** <br> **Hewlett, NY 11557** | | | | | | | | |
| | | | Value $                         0.00 | | | | 13,250.00 | 13,250.00 |
| __1__   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 1,563,250.00 | 1,563,250.00 |

In re    **Jeweled Objects LLC**                                                      Case No.   **10-11831(rdd)**

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Parkway Management LLC Profit** **275 Madison Avenue, SUite 702** **New York, NY 10016** | | - | | | | | | |
| | | | Value $       0.00 | | | | 600,000.00 | 600,000.00 |
| Account No. | | | | | | | | |
| **Robert Hoberman** **1325 Harbor Road** **Hewlett, NY 11557** | | - | | | | | | |
| | | | Value $       0.00 | | | | 13,250.00 | 13,250.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 613,250.00 | 613,250.00 |
| | | | Total (Report on Summary of Schedules) | | | | 2,176,500.00 | 2,176,500.00 |

B6E (Official Form 6E) (4/10)

In re    Jeweled Objects LLC                                          Case No.    10-11831(rdd)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **0**    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Jeweled Objects LLC__                              Case No. __10-11831(rdd)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>HGL Managment<br>216 West 26th Street, 8th Fl.<br>New York, NY 10016 | | - | | | X | X | Unknown |
| Account No.<br><br>Rattet Pasternak & Gordon-Oliv<br>550 Mamaroneck Avenue<br>Suite 510<br>Harrison, NY 10528 | | - | | | | | 79,975.69 |
| Account No.<br><br>Robert Hoberman<br>1325 Harbor Road<br>Hewlett, NY 11557 | | - | | | X | X | Unknown |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page): 79,975.69

Total (Report on Summary of Schedules): 79,975.69

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:42076-100329   Best Case Bankruptcy

In re    **Jeweled Objects LLC**                             Case No.   **10-11831(rdd)**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chase Bank**<br>**51st Street**<br>**New York, NY 10019** | **Vault where Jewels are stored.** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Jeweled Objects LLC**  Case No. __10-11831(rdd)__
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    <u>Jeweled Objects LLC</u>

Debtor(s)

Case No.   <u>10-11831(rdd)</u>

Chapter    <u>11</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   <u>April 19, 2010</u>

Signature   <u>/s/ Robert Hoberman</u>

            **HGL Managment LLC by Robert Hoberman**
            **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re   **Jeweled Objects LLC**

Debtor

Case No.   **10-11831(rdd)**

Chapter       **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Accountants Proprietary Financial Servicenet Inc. 211 Broadway Lynbrook, NY 11563** | | **11.02941%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 19, 2010**

Signature  _/s/  Robert Hoberman_

     **HGL Managment LLC by Robert Hoberman**
     **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# LIST OF EQUITY SECURITY HOLDERS

| Member Name & Address | Percentage of Equity Interest |
|---|---|
| **Mitchel May – Managing Member**<br>1347 Pond Lane<br>Hewlett Harbor, N.Y. 11557 | 0.16544% |
| **HGL Management LLC – Managing Member**<br>226 West 26th Street, 8th Floor<br>New York, New York 10001 | 0.18382% |
| Jacqualine May<br>1347 Pond Lane<br>Hewlett Harbor, N.Y. 11557 | 7.37132% |
| Larry Goldstein<br>c/o Hoberman, Miller, Goldstein & Lesser, P.C.<br>226 West 26th Street, 8th Floor<br>New York, N.Y. 10001 | 0.36765% |
| Bernard Hoberman Trust<br>220 Riverside Blvd., Apt. 11M<br>New York, New York 10063 | 6.61765% |
| Ruth Hoberman Trust<br>220 Riverside Blvd., Apt. 11M<br>New York, New York 10063 | 2.20588% |
| Marshall Abbott<br>8501 Hollywood Blvd.<br>Los Angeles, CA 90069 | 4.41176% |
| Jeanine Liss<br>29340 Castlehill Drive<br>Agoura Hills, CA 91301 | 5.88235% |
| Gloria Bobley Trust<br>c/o Peter M. Bobley<br>53 Simonson Road<br>Old Brookville, New York 11545 | 3.67647% |
| Doug Bobley<br>43 Clinton Street<br>Seacliff, New York 11579 | 1.47059% |
| Brian Wolfe<br>1523 ½ N. Doheny Drive<br>Los Angeles, CA 90064 | 1.47059% |
| Herbert Cohen<br>281 Hicks Street<br>Brooklyn, New York 11201 | 2.94118% |
| Joel Boyarsky<br>211 Broadway<br>Lynbrook, New York 11563 | 11.02941% |
| Arnold & Carol Wolowitz<br>888 Veterans Highway<br>Suite 520<br>Hauppauge, NY 11788 | 14.70588% |

| | |
|---|---|
| Accountants Proprietary Financial Servicenet, Inc.<br>211 Broadway<br>Lynbrook, NY 11563 | 11.02941% |
| Pamela Blattner Living Trust<br>211 Broadway<br>Lynbrook, NY 11563 | 22.05882% |
| Peter M. Bobley<br>53 Simonson Road<br>Old Brookville,NY 11545 | 2.94118% |
| Jill Hoberman<br>1325 Harbor Road<br>Hewlett, NY 11557 | 1.47059% |

# United States Bankruptcy Court
## Southern District of New York

In re    __Jeweled Objects LLC__                                Case No.    __10-11831(rdd)__

                                          Debtor(s)                       Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $    26,500.00    *Including Filing fee* |
    | Prior to the filing of this statement I have received | $    26,500.00 |
    | Balance Due | $    0.00 |

2. $ __1,039.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **$13,250.00 from Debtor**
                                                  **$13,250.00 from Mitchel May**

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __April 19, 2010__                         __/s/ Bruce R. Alter__
                                                        **Bruce R. Alter 0457**
                                                        **Alter, Goldman & Brescia, LLP**
                                                        **550 Mamaroneck Avenue**
                                                        **Suite 510**
                                                        **Harrison, NY 10528**
                                                        **(914) 670-0030  Fax: (914) 670-0031**
                                                        **info@altergoldlaw.com**

# United States Bankruptcy Court
## Southern District of New York

In re    Jeweled Objects LLC                                 Case No.    10-11831(rdd)

                                  Debtor(s)             Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jeweled Objects LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Accountants Proprietary**
**Financial Servicenet Inc.**
**211 Broadway**
**Lynbrook, NY 11563**

☐ None [*Check if applicable*]

April 19, 2010
_____
Date

/s/ Bruce R. Alter
_____
**Bruce R. Alter 0457**
Signature of Attorney or Litigant
Counsel for   Jeweled Objects LLC
**Alter, Goldman & Brescia, LLP**
**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**
**(914) 670-0030 Fax:(914) 670-0031**
**info@altergoldlaw.com**